

## UNITED STATES DISTRICT COURT
For the
Southern District of Florida

UNITED STATES OF AMERICA

Plaintiff,

vs.                                         CASE NO.: 2013-CV-21756

SHOMA HOMES AT KEYS COVE
CONDOMINIUM ASSOCIATION.
a Florida not for profit corporation.

Defendant(s)
_____/

### MOTION FOR ENLARGEMENT OF TIME

COMES NOW, The Defendant, SHOMA HOMES AT KEYS COVE CONDOMINIUM ASSOCIATION, INC., by and through undersigned counsel and pursuant to Rule 6 (a) Federal Rules of Civil Procedure hereby files this Motion for Enlargement of Time. In support of the instant request, the Defendant submits as follows:

1. Defendant was served with a summons and complaint and a response to the complaint is due in the instant case.
2. Defendant retained the undersigned to defend the allegations in the instant case and will require additional time in order to file a responsive pleading.
3. This request is made in good faith and not intended to unnecessarily delay the proceedings.
4. Defendant understands the consequences of this request and does not see to delay the proceedings in bad faith.

WHEREFORE, undersigned counsel request that this Federal Court enter order granting Defendant and extension for the filing of responsive pleadings in order to give counsel an appropriate amount of time to become familiar with the issues surrounding the case at bar.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Enlargement of Time has been provided to Steve M. Davis, Esq. [SDAVIS@BECKER-POLIAKOFF.COM]; Becker & Poliakoff, P.A. 121 Alhambra Plaza, 10th Floor, Coral Gables, Florida 33134 on this 19th day of June, 2013.

REINALDO CASTELLANOS, P.A.
9960 BIRD ROAD
Miami, Florida 33165
Phone: (305) 223-8744
Facsimile: (305) 223-8722
Email: rey@castellanoslaw.com

By: _____
REINALDO CASTELLANOS, ESQ.
Florida Bar No. 541389